UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

              Case No. 1:13-mj-01313-UA

   -against-

              **NOTICE OF**
EDWIN VARGAS,                 **APPEARANCE**
         Defendant.
------------------------------------------------------------X

      PLEASE TAKE NOTICE, that the undersigned have been retained as Attorneys for Defendant Edwin Vargas, and demand that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
      June 12, 2013

                              Yours, etc.

                              _____
                              BRILL LEGAL GROUP, P.C.
                              By: PETER E. BRILL
                              Attorneys for Defendant
                              15 Maiden Lane, Suite 1500
                              New York, NY 10038
                              (212) 233-4141